PAUL M. WARNER, United States Attorney (#3389)
DUSTIN PEAD, Assistant United States Attorney (#8251)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
11 FEB 04 PM 3:19
DISTRICT OF UTAH
BY: _____

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

**UNSEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | INDICTMENT |
| vs. | VIO. 18 U.S.C. § 1542, False Statement In Passport Application; and 18 U.S.C. § 2, Aiding and Abetting |
| DIANA TERESA NAVAS-PRADA aka WANDA IVELISSE HERNANDEZ & PEDRO JUAN CAMACHO-SANTIAGO, | |
| Defendants. | Judge Dee Benson<br>DECK TYPE: Criminal<br>DATE STAMP: 02/11/2004 @ 14:23:03<br>CASE NUMBER: 2:04CR00074 DB |

The Grand Jury charges:

COUNT I

On or about August 15, 2003, in the Central Division of the District of Utah,

DIANA TERESA NAVAS-PRADA aka WANDA IVELISSE HERNANDEZ
& PEDRO JUAN CAMACHO-SANTIAGO,

the defendants herein, aided and abetted by each other, did knowingly and willfully make a false statement in a United States Department of State Application for Passport, Standard Form #DSP-11, namely, that defendant DIANA TERESA NAVAS-PRADA's true name was Wanda Ivelisse

Hernandez, born April 10, 1970, in Fajardo, Puerto Rico, with the intent to induce and secure the issuance of a passport under the authority of the United States for use contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; all in violation of 18 U.S.C. §§ 1542 and 2.

## COUNT II

On or about August 15, 2003, in the Central Division of the District of Utah,

**DIANA TERESA NAVAS-PRADA aka WANDA IVELISSE HERNANDEZ & PEDRO JUAN CAMACHO-SANTIAGO,**

the defendants herein, aided and abetted by each other, did knowingly use and attempt to use documentary evidence of naturalization or of citizenship, namely, a certified copy of a certification of birth belonging to Wanda Ivelisse Hernandez, born April 10, 1970, in Fajardo, Puerto Rico, knowing the same to have been procured by fraud or false evidence and without required appearance or hearing of the application in court and otherwise unlawfully obtained; all in violation of 18 U.S.C. §§ 1015(c) and 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

APPROVED:
PAUL M. WARNER
United States Attorney

_____
DUSTIN PEAD
Assistant United States Attorney